UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**DANIEL MARTINEZ,**

    Plaintiff,

v.                                                     **No. CV 12-037 SMV**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

    Defendant.

**ORDER GRANTING APPLICATION TO PROCEED
IN FORMA PAUPERIS AND DIRECTING SERVICE [DOC. 8]**

THIS MATTER is before the Court upon Plaintiff's Motion for Order Granting Application to Proceed *In Forma Pauperis* and Directing Service (Docket No. 8). After a review of the Application and the Affidavit in Support of the Application (Docket No. 8-1),

IT IS ORDERED that the motion is hereby GRANTED, and this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefore.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

                                                    _____
                                                    STEPHAN M. VIDMAR
                                                    United States Magistrate Judge