# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**DANIEL MARTINEZ,**

    **Plaintiff,**

**v.**                                                                                                          **No. 12-cv-0037 SMV**

**MICHAEL J. ASTRUE, Commissioner**
**of the Social Security Administration,**

    **Defendant.**

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL ADMINISTRATIVE RECORD

THIS MATTER comes before the Court on the Defendant's Unopposed Motion to Seal Administrative Record [Doc. 19]. The Court, having reviewed the motion, noting the consent of the Plaintiff, and otherwise being fully advised in the premises, finds that the Defendant's Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**

SUBMITTED AND APPROVED BY:

*Electronically submitted on 4/9/12*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant


*Electronic Approval Received 4/5/12*
FRANCESCA MacDOWELL
Attorney for Plaintiff