IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DANIEL MARTINEZ,**

    **Plaintiff,**

**v.**                                                                                                                                              **No. 12-cv-0037 SMV**

**MICHAEL J. ASTRUE, Commissioner of**
**Social Security Administration**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court for scheduling and IT IS HEREBY ORDERED that:

(1) Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum no later than **June 4, 2012**;

(2) Defendant shall file a Response no later than **July 30, 2012**;

(3) Plaintiff may file a Reply no later than **August 27, 2012**;

(4) All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5) All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**