IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DANIEL MARTINEZ,**

      **Plaintiff,**

vs.                                                                          No. 12-cv-0037 SMV

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**

      **Defendant.**

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

This matter comes before the Court upon Plaintiff's Notice of Suggestion of Death and Unopposed Motion to Dismiss [Doc. 27]. The Court, having considered the Motion, being advised that it is unopposed, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Notice of Suggestion of Death and Unopposed Motion to Dismiss [Doc. 27] is **GRANTED**, and the above-captioned case is dismissed.

**IT IS SO ORDERED**.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**